AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:25-cv-05475 | DATE FILED<br>7/1/2025 | United States District Court, Southern District of New York<br>500 Pearl Street, New York, New York 10007-1312 |

| PLAINTIFF | DEFENDANT |
|---|---|
| ELENA SOKOLOVA | JULIEN FAREL GROUP, LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA 2-402-094 | Look 1 IMG_5318 by Elena Sokolova | ELENA SOKOLOVA |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | 8/11/2025 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Tammi M. Hellwig | s/K.Mango | 8/12/2025 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELENA SOKOLOVA, | |
| Plaintiff, | |
| v. | Civil Action No.: |
| JULIEN FAREL, LLC | 1:25-cv-05475-JHR |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action. Such dismissal shall be with prejudice, with each side to bear its own costs and attorney's fees.

Dated: August 11, 2025

**The Law Office of David C. Deal, P.L.C.**

*/s/ David C. Deal*
David C. Deal (VA Bar No.: 86005)
P.O. Box 625
Charlottesville, VA 22902
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*